# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STATE OF NEVADA,

    Plaintiff

v.

MICHAEL G. BAGDON,

    Defendant

Case No.: 2:20-cv-00444-APG-NJK

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 3]

    On March 20, 2020, Magistrate Judge Koppe recommended that I dismiss this case without prejudice because defendant Michael G. Bagdon had no legal basis to remove this criminal case from state court. ECF No. 3. Bagdon did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

    I THEREFORE ORDER that Magistrate Judge Koppe's report and recommendation **(ECF No. 3) is accepted** and this case is dismissed without prejudice to defendant Michael G. Bagdon seeking appropriate relief in an appropriate venue. The clerk of court is instructed to close this case.

    DATED this 10th day of April, 2020.

                                             ANDREW P. GORDON
                                             UNITED STATES DISTRICT JUDGE